IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02666-RBJ-KLM

MAP, A Disabled and Incompetent Person, and
CORINA S. SKINNER, his Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR THE COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, individually and in his official capacity as principal for the Colorado School for the Deaf and Blind, and
DOES 1-20, who are unknown persons,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 21, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 7, 2014 at 10:30 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 15th day of March, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge