IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify Scheduling Order for Cause** [Docket No. 68; Filed July 22, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#68] is **GRANTED**. The Scheduling Order entered on March 14, 2013 [#52] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **August 30, 2013**
- Deadline to Amend Pleadings and Join Parties — **September 13, 2013**
- Rebuttal Expert Disclosure Deadline — **September 27, 2013**
- Discovery Deadline — **October 11, 2013**
- Dispositive Motions Deadline — **December 13, 2013**

Dated: July 23, 2013