IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify Scheduling Order or Set New Scheduling Conference** [#94] (the "Motion to Modify"); and on Defendants' **Unopposed Joint Motion for Extension of Time to File Response to Motion for Leave to Amend Complaint** [#95] (the "Motion to Extend Time").

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Modify [#94] is **GRANTED in part**, as follows. The Scheduling Order is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **November 1, 2013**
- Rebuttal Expert Disclosure Deadline    **December 1, 2013**
- Discovery Deadline    **December 31, 2013**
- Dispositive Motions Deadline    **January 14, 2014**

The undersigned will not entertain further modification of these deadlines to later than January 14, 2014, without the parties first obtaining a continuance of the trial setting.

    IT IS FURTHER **ORDERED** that Defendants' Motion to Extend Time [#95] is **GRANTED**. Defendants shall file a response to Plaintiff's Motion for Leave to Amend Complaint [#87] **on or before October 28, 2013**.

    Dated: October 11, 2013