IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

      Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School
for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Motion for Leave to Amend Complaint** [#87] (the "Motion to Amend") and on Plaintiffs' **Motion for the Clerk of Court to Withdraw Exhibit A to Reply in Support of Plaintiffs' Opposed Motion to Continue Trial Date and Modify Scheduling Order and Replace With Amended Exhibit A** [#111] (the "Motion to Withdraw").  On November 22, 2013, Plaintiffs filed a Motion for Leave to File Second Amended Complaint [#113].  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion to Amend [#87] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that the Motion to Withdraw [#111] is **GRANTED** as follows:

      (1) Exhibit A [#110-1] to Plaintiffs' Reply in Support of Plaintiffs' Opposed Motion to Continue Trial Date and Modify Scheduling Order is deemed **WITHDRAWN**;

      (2) The Clerk of the Court is **directed** to maintain the following document **UNDER**

-1-

**RESTRICTION** at **LEVEL 3**:[1] Plaintiffs' Exhibit A [#110-1]; and

     (3) The Court shall consider Plaintiffs' Exhibit A [#111-1] as attached to the Motion to Withdraw [#111] as if timely filed as Plaintiffs' Exhibit A to Plaintiffs' Reply in Support of Plaintiffs' Opposed Motion to Continue Trial Date and Modify Scheduling Order [#110].

     Dated:  November 26, 2013

---

[1] Level 3, the most restrictive, limits access to the document to the Court.   *See* D.C.COLO.LCivR 7.2.