**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No.  12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR THE COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.

---

## ORDER VACATING TRIAL DATES

---

Pursuant to the **Order and Recommendation of United States Magistrate Judge Mix** [ECF No. 118].  It is

ORDERED that the Trial Preparation Conference scheduled for **March 7, 2014**, and the jury trial scheduled for **April 21, 2014** are VACATED; and

IT IS FURTHER ORDERED that when the parties are ready to reschedule these dates, they shall contact Judge Moore's Chambers at 303-335-2784.

DATED this 10th day of January, 2014.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge