Case 1:12-cv-02666-RM-KLM   Document 158   Filed 03/31/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Leave to File Supplement to Plaintiffs' Replies in Support of Their Motion for Leave to File Second Amended Complaint** [#143] (the "Motion"). In the Motion, Plaintiffs seek to supplement their argument in the Amended Motion for Leave to File Second Amended Complaint [#113] regarding whether there is good cause to amend the Scheduling Order to allow an extension of the deadline to amend pleadings.

    IT IS HEREBY **ORDERED** that the Motion [#143] is **DENIED**. The Court is adequately advised of the issues on the parties' present briefings.

    Dated:  March 31, 2014